United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 23-10606-amc

Kaitlyn Morgan Fisher McMahon                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 3
Date Rcvd: Nov 09, 2023                 Form ID: 155                   Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kaitlyn Morgan Fisher McMahon, 1770 92nd Street, Unit 3308, West Des Moines, IA 50266-3204 |
| 14761739 | | Missouri Attorney General, Po Box 899, Jefferson Cty, MO 65102-0899 |
| 14761743 | | Penn Medicine, 3930 Chestnut St, Philadelphia, PA 19104-3111 |
| 14761744 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14761746 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14761747 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14761749 | + | Premium Real Estate Management LLC, 1600 Washington Ave, Philadelphia, PA 19146-3019 |
| 14761754 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762571 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:55:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14780365 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2023 00:38:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14761725 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2023 00:25:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14771557 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2023 00:38:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14761726 | | Email/PDF: bncnotices@becket-lee.com | Nov 10 2023 00:38:55 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14761727 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 10 2023 00:25:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14775050 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 10 2023 00:25:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14761729 | | Email/Text: BKPT@cfna.com | Nov 10 2023 00:25:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14761734 | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14761728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 00:38:51 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14761732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 00:38:27 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14761733 | | Email/Text: bankruptcy@philapark.org | Nov 10 2023 00:26:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 09, 2023 | Form ID: 155 | Total Noticed: 42

| 14761735 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2023 00:26:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|---|
| 14761736 | + | Email/Text: mrdiscen@discover.com | Nov 10 2023 00:25:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14780448 | | Email/Text: goalrealignment@payoff.zendesk.com | Nov 10 2023 00:25:00 | Happy Money, 21515 Hawthorne Blvd, Suite 200, Torrance, CA 90503-2151 |
| 14761742 | | Email/Text: goalrealignment@payoff.zendesk.com | Nov 10 2023 00:25:00 | Payoff, Inc., Attn: Bankruptcy 1700 Flight Way, Tustin, CA 92782 |
| 14761737 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14761730 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 10 2023 00:38:32 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14761731 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 10 2023 00:38:11 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14766611 | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14779062 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14761738 | ^ | MEBN | Nov 10 2023 00:23:11 | Levelcredit, Attn: Bnakruptcy 4601 Excelsior Boulevar, Minneapolis, MN 55416-4960 |
| 14761741 | | Email/Text: EBN@Mohela.com | Nov 10 2023 00:25:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14761740 | | Email/Text: ecfnotices@dor.mo.gov | Nov 10 2023 00:25:00 | Missouri Department of Revenue, 301 W High St, Jefferson Cty, MO 65101-1517 |
| 14761745 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2023 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14761748 | + | Email/Text: bankruptcy@philapark.org | Nov 10 2023 00:26:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14761750 | ^ | MEBN | Nov 10 2023 00:23:12 | Rent Track, Attn: Bankruptcy 4601 Excelsior Blvd #50, St Louis Park, MN 55416-4977 |
| 14761751 | + | Email/PDF: pa_dc_claims@navient.com | Nov 10 2023 00:38:27 | Sallie Mae, Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14761752 | + | Email/Text: bankruptcy@creditkarma.com | Nov 10 2023 00:26:00 | Seed Financial/SeedFi, Attn: Bankruptcy Attn: Bankruptcy, 548 Market St. , PMB 33447, San Francisco, CA 94104-5401 |
| 14761753 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 00:38:57 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14761755 | ^ | MEBN | Nov 10 2023 00:22:57 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14761757 | | Email/Text: electronicbkydocs@nelnet.net | Nov 10 2023 00:26:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14761756 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Nov 10 2023 00:26:00 | Univ Of Pa, 3451 Walnut Street, Philadelphia, PA 19104-6205 |
| 14777839 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 00:38:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

District/off: 0313-2                         User: admin                              Page 3 of 3
Date Rcvd: Nov 09, 2023                    Form ID: 155                          Total Noticed: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| MICHAEL A. CIBIK | on behalf of Debtor Kaitlyn Morgan Fisher McMahon mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kaitlyn Morgan Fisher McMahon

          Debtor(s)

Chapter: 13

Bankruptcy No: 23−10606−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 8, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                         Ashely M. Chan
                                         Judge, United States Bankruptcy Court

                                             25 − 22
                                           Form 155