Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-10606-AMC**

Kaitlyn Morgan Fisher McMahon  
1770 92ND STREET  
UNIT 3308  
WEST DEMOINES  IA    50266

Petition Filed Date: 03/01/2023  
341 Hearing Date: 04/21/2023  
Confirmation Date: 11/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $500.00 | | 09/28/2023 | $500.00 | | 10/30/2023 | $500.00 | |
| 11/29/2023 | $500.00 | | 12/07/2023 | $150.00 | | 01/02/2024 | $650.00 | |
| 01/29/2024 | $650.00 | | 02/28/2024 | $650.00 | | 03/28/2024 | $650.00 | |
| 04/29/2024 | $650.00 | | 05/29/2024 | $650.00 | | 06/28/2024 | $650.00 | |
| 07/29/2024 | $650.00 | | | | | | | |

**Total Receipts for the Period:  $7,350.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,625.00 | $4,625.00 | $0.00 |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $25,767.22 | $1,168.55 | $24,598.67 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $7,485.10 | $339.47 | $7,145.63 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $138.26 | $0.00 | $138.26 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $19,460.14 | $882.50 | $18,577.64 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $572.06 | $15.32 | $556.74 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $10,141.29 | $459.90 | $9,681.39 |
| 7 | ALLY FINANCIAL<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | HAPPY MONEY<br>»» 008 | Unsecured Creditors | $30,812.02 | $1,397.33 | $29,414.69 |

**Chapter 13 Case No. 23-10606-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,850.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $8,888.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $945.00 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $16.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.