**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kaitlyn Morgan Fisher McMahon, | Chapter 13 |
| Debtor | Case No. 23-10606-amc |

### PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 1770 92ND Street, Unit 3308 | 5669 Vista Dr |
| West Des Moines, IA 50266 | West Des Moines, IA 50266 |

Date: September 27, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: mail@cibiklaw.com