**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Kaitlyn McMahon,<br><br>　　　　　Debtor. | Case No. 23-10606-AMC<br><br>Chapter 13 |

## PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:

501 Washington Ave
Apt 302
Philadelphia, PA 19147-4054

**New Address**:

5669 Vista Dr
West Des Moines, IA 50266

Date: September 27, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com