**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                   : Chapter 13

Kaitlyn Morgan Fisher McMahon

(DEBTOR)                                                         : Bankruptcy No.23-10606-amc

### P R A E C I P E

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly amend spelling of the name of above captioned client to:

Kaitlyn Morgan Howell

Date: December 6, 2024              BY: /s/ Michael A. Cibik
                                                        MICHAEL A. CIBIK, ESQUIRE
                                                        Cibik Law, P.C.
                                                        1500 Walnut Street, Suite 900
                                                        Philadelphia, PA  19102
                                                        215-735-1060/fax 215-735-6769