| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-10606-AMC

| | |
|---|---|
| Kaitlyn Morgan Fisher McMahon | Petition Filed Date: 03/01/2023 |
| 5669 Vista Drive | 341 Hearing Date: 04/21/2023 |
| West Des Moines  IA    50266 | Confirmation Date: 11/08/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $650.00 | | 09/30/2024 | $650.00 | | 10/28/2024 | $650.00 | |
| 12/03/2024 | $650.00 | | 01/02/2025 | $650.00 | | 01/28/2025 | $650.00 | |
| 02/28/2025 | $650.00 | | 03/31/2025 | $650.00 | | 04/28/2025 | $650.00 | |
| 06/02/2025 | $650.00 | | 06/30/2025 | $650.00 | | 07/29/2025 | $650.00 | |

**Total Receipts for the Period: $7,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,625.00 | $4,625.00 | $0.00 |
| 1 | CHASE BANK USA NA »» 001 | Unsecured Creditors | $25,767.22 | $3,127.78 | $22,639.44 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $7,485.10 | $908.61 | $6,576.49 |
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $138.26 | $15.03 | $123.23 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $19,460.14 | $2,362.17 | $17,097.97 |
| 5 | VERIZON BY AIS AS AGENT »» 005 | Unsecured Creditors | $572.06 | $69.48 | $502.58 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $10,141.29 | $1,231.00 | $8,910.29 |
| 7 | ALLY FINANCIAL INC aka ALLY BANK »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | HAPPY MONEY »» 008 | Unsecured Creditors | $30,812.02 | $3,740.14 | $27,071.88 |

**Chapter 13 Case No. 23-10606-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,300.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $16,079.21 | Arrearages: | ($650.00) |
| Paid to Trustee: | $1,604.75 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $616.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.