B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  KAITLYN MORGAN HOWELL               ,          Case No.  2-23-BK-10606

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| LVNV Funding LLC | HAPPY MONEY |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  LVNV Funding LLC
  PO Box 10587
  Greenville SC 29603-0587

Court Claim # (if known): ____8____
Amount of Claim: ____30,812.02____
Date Claim Filed: ____5/9/2023____

Phone:  (877) 264-5884
Last Four Digits of Acct #:  ____4EB9____

Phone: _____
Last Four Digits of Acct. #:  ____4EB9____

Name and Address where transferee payments should be sent (if different from above):
  Resurgent Capital Services
  PO Box 10587
  Greenville, SC  29603-0587

Phone:  (877) 264-5884
Last Four Digits of Acct #:  ____4EB9____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Susan Gaines                          Date: 4/23/2026
      Transferee/Transferee's Agent
   (877) 264-5884

   AskBK@resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.