Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kaitlyn Morgan Fisher McMahon
5669 Vista Drive
West Des Moines, IA 50266

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10606-AMC**

Petition Filed Date: 03/01/2023
341 Hearing Date: 04/21/2023
Confirmation Date: 11/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | $650.00 | | 09/29/2025 | $650.00 | | 10/28/2025 | $650.00 | |
| 12/02/2025 | $650.00 | | 12/30/2025 | $650.00 | | 01/28/2026 | $650.00 | |
| 03/02/2026 | $650.00 | | 03/30/2026 | $650.00 | | 04/28/2026 | $650.00 | |
| 05/29/2026 | $650.00 | | 06/29/2026 | $650.00 | | 07/28/2026 | $650.00 | |

**Total Receipts for the Period: $7,800.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,625.00 | $4,625.00 | $0.00 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Unsecured Creditors | $25,767.22 | $5,101.19 | $20,666.03 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $7,485.10 | $1,481.85 | $6,003.25 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $138.26 | $15.03 | $123.23 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $19,460.14 | $3,852.59 | $15,607.55 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $572.06 | $106.04 | $466.02 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $10,141.29 | $2,007.71 | $8,133.58 |
| 7 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $30,812.02 | $6,099.92 | $24,712.10 |

**Chapter 13 Case No. 23-10606-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,450.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $23,289.33 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,141.00 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $19.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.